UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY ALEGRE, et al,<br><br>                              Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                              Defendants. | Case No.: 16-cv-02442-AJB-MSB<br><br>**ORDER LIFTING STAY** |

      Presently before the Court is the Parties' Joint Status Report ("JSR," Doc. No. 242), which was filed in response to the Court's October 25, 2023 Order Granting Joint Motion for Remand and Stay ("Order," Doc. No. 244). In the Order, the Court remanded the matter to the Bureau of Indian Affairs ("BIA") for the purpose of the agency's reconsideration, consistent with the terms of the Parties' agreement, of the April 7, 2006 decision denying a requested correction of the recorded blood degree of Modesta Martinez Contreras (the "Blood Quantum Decision"). (Order at 2.) The Court further stayed the action pending resolution of the BIA's reconsideration of the Blood Quantum Decision. (*Id.*) The Court ordered the Parties to notify the Court by filing a joint status report promptly after the resolution of the BIA's reconsideration of the Blood Quantum Decision. (*Id.*)

      In the Parties' JSR, they state that on October 31, 2024, the BIA issued its final decision for reconsideration, denying Plaintiffs' request to increase Mrs. Contreras' blood

1

degree. (JSR at 1–2.) In light of these facts, the Court **LIFTS** the stay on these proceedings. *See Ralph v. HAJ, Inc.*, No. 17CV1332 JM(JMA), 2019 WL 313098, at *2 (S.D. Cal. Jan. 24, 2019) ("[A] court may lift a stay of litigation when the reasons for imposing the stay no longer exist."). As new deadlines must be set, the Court **DIRECTS** the Parties to contact the chambers of Magistrate Judge Berg to schedule a status conference for the Parties to attend.

**IT IS SO ORDERED.**

Dated:  February 23, 2025

Hon. Anthony J. Battaglia
United States District Judge