UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY ALEGRE, et al,<br><br>                        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                        Defendants. | Case No.: 16-cv-02442-AJB-MSB<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A FIFTH AMENDED COMPLAINT**<br><br>**(Doc. No. 254)** |

      Before the Court is Plaintiffs' motion for leave to file a Fifth Amended Complaint ("5AC") as agreed upon by the Parties' October 20, 2023 Stipulation and Settlement Agreement, and as noted in the Bureau of Indian Affairs' October 31, 2024 Decision. (Doc. No. 254 at 2–3; *see id.* at 13.) Defendants filed a statement of non-opposition to Plaintiffs' motion. (Doc. No. 255.) The Court finds the matter suitable for determination on the papers and without oral argument. The motion hearing previously scheduled is hereby **VACATED**.

      There being no opposition to Plaintiffs' filing of a 5AC as provided in Doc. No. 254-1 and no showing that the amendment would be futile or prejudice Defendants, the Court **GRANTS** Plaintiffs' motion for leave to file a 5AC. *See* Fed. R. Civ. P. 15(a)(2) (courts should freely grant leave to amend "when justice so requires"); *Eminence Cap., LLC v.*

*Aspeon, Inc.*, 316 F.3d 1048, 1052 (9th Cir. 2013) ("Absent prejudice, or a strong showing" of the remaining factors, there exists a 'presumption under Rule 15(a) in favor of granting leave to amend.'").

The Clerk of Court is **DIRECTED** to vacate the March 20, 2025 hearing and file Doc. No. 254-1 as the Fifth Amended Complaint. Defendants' responsive pleading to the 5AC must be filed no later than March 10, 2025.

**IT IS SO ORDERED.**

Dated: February 24, 2025

Hon. Anthony J. Battaglia
United States District Judge